# AFFIDAVIT OF SERVICE

United States District Court     Southern District Of New York Court

Case Number: 08 CIV 6739

Plaintiff:
**Angelo Fullwood**

vs.

Defendant:
**Association for the Help of Retarded Children, Inc. and Esta Stein**

Received these papers to be served on Esta Stein, 85 Maiden Lane, New York, NY 10038.

I, Jason Martinez, being duly sworn, depose and say that on the **5th** day of August, 2008 at **3:40 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons and Complaint** with **Patrick Moran** for Esta Stein at **83 Maiden Lane, New York, NY 10038**, the said premises being the servee's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Summons and Complaint** in a postpaid envelope addressed to: Esta Stein at **83 Maiden Lane, New York, NY 10038** and bearing the words "Personal & Confidential" by First Class Mail on **8/6/2008** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** BASED UPON INQUIRY OF PARTY SERVED, DEFENDANT IS NOT IN THE MILITARY SERVICE OF THE UNITED STATES OF AMERICA NOR IN THE MILITARY OF ANY OTHER STATE OR COUNTRY.

**Description of Person Served:** Age: 40, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 170, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server in good standing.

_____
Jason Martinez
Process Server

Subscribed and Sworn to before me on the 6th day of August, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC – KEVIN JAY KOHN
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02KO6181645
COMM. EXP. FEB. 4, 20__

Our Job Serial Number: 2008000238

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u