# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CV 6739    Purchased/Filed: July 29, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

Angelo Fullwood

Plaintiff

against

Association For the Help of Retarded Children, Inc. and Esta Stein Individually

Defendant

STATE OF NEW YORK  SS.:
COUNTY OF ALBANY

Jessica Miller , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on August 5, 2008 , at 2:00pm , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Civil Cover Sheet and Complaint

on

Association For the Help of Retarded Children, Inc. nka NYSARC, Inc. , the

Defendant in this action, by delivering to and leaving with Chad Matice ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Not for Profit Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 28  Approx. Wt: 200  Approx. Ht: 6'0"

Color of skin: White  Hair color: Brown  Sex: M  Other:

Sworn to before me on this

8th day of August, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0807475

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179