UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANGELO FULLWOOD,

                Plaintiff,

           v.

ASSOCIATION FOR THE HELP OF
RETARDED CHILDREN, INC. and ESTA
STEIN Individually,

                Defendants.
------------------------------------------------------------x

Civil Action No. 08 civ 6739
(DAB)(THK)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED, that Defendants', NYSARC, Inc., New York City Chapter s/h/a Association for the Help of Retarded Children, Inc. and Esta Stein, time to answer or move in response to the Complaint in the above-captioned action has been extended until ten days after receipt of Plaintiff's Amended Summons and Complaint by Defendants, pursuant to Fed. R. Civ. P. 15(a)(3).

AKIN & SMITH LLG

By: _____
Derek T. Smith
Attorneys for Plaintiff
305 Broadway, Suite 1101
New York, NY 10007

Dated: August 22, 2008

CLIFTON BUDD & DeMARIA, LLP

By: _____
Richard K. Muser (RM-5220)
Stefanie R. Munsky (SM-0724)
Attorneys for Defendants
420 Lexington Avenue, Suite 420
New York, NY 10170

Dated: August 22, 2008

SO ORDERED:

_____
Hon.

Dated: